## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) : ss

John Fargnoli, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in the State of

New York. On March 12, 2012, I served a true copy of a Notice of Initial Pretrial

Conference with Judge Alison Nathan's Individual Practices on:

> Navillus Contracting Inc.
> 460 Park Avenue 8th Floor
> New York, New York, 10022

enclosed in a postage prepaid wrapper, placed in an official depository under the

exclusive care and custody of the United States Postal Service within the State of New

York to the address above.

_____
John Fargnoli

Sworn to before me this
12th day of March, 2012

_____
Notary Public

LINC LEDER
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02LE6202051
QUALIFIED IN NASSAU COUNTY
COMMISSION EXPIRES MARCH 9, 2013