UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, CHARITY FUND, THE NEW YORK CITY AND VICINITY CARPENTERS LABOR-MANAGEMENT CORPORATION, AND THE DISTRICT COUNCIL FOR NEW YORK CITY AND VICINITY, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,<br><br>                                                      Plaintiffs,<br><br>-against-<br><br>NAVILLUS CONTRACTING INC.,<br>                                                      Defendant. | 12 Civ. 1534<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(i)** |

PLEASE TAKE NOTICE that, pursuant to Fed. Civ. P. Rule 41(a)(1)(i), the above-captioned action hereby be dismissed in its entirety without prejudice and without costs in favor of any party as against another.

Dated: New York, New York
       March 12, 2012              **VIRGINIA & AMBINDER, LLP**

                                    By:        _____/s/_____
                                               Charles R. Virginia
                                               111 Broadway, Suite 1403
                                               New York, New York 10006
                                               Office Tel. No.: (212) 943-9080
                                               *Attorneys for Plaintiffs*